IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RAMON PEREZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-364 (MTT) |
| **GEORGIA DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Magistrate Judge Charles H. Weigle recommends denying plaintiff Ramon Perez's motions for a preliminary injunction (Docs. 6; 7).  Doc. 9.  Perez has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[1]  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 9) is **ADOPTED** and made the order of the Court.  Accordingly, Perez's motions for a preliminary injunction (Docs. 6; 7) are **DENIED**.

**SO ORDERED**, this 22nd day of February, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Perez has since filed two more motions for a preliminary injunction, a motion for a pretrial conference, and his declaration—none of which address the Magistrate Judge's Recommendation.  Docs. 11; 13; 14; 15.  Moreover, Perez's two recent motions for a preliminary injunction (Docs. 11; 14) request relief different than his original motions (Docs. 6; 7).  Thus, the Court does not construe any of these filings as an objection.