# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

RAMON PEREZ,

        Plaintiff,

v.

GEORGIA DEPARTMENT
OF CORRECTIONS, *et al.*,

        Defendants.

Case No. 5:22-cv-00364-MTT-CHW

Proceedings Under 42 U.S.C. § 1983
Before the U.S. Magistrate Judge

## ORDER

Plaintiff Ramon Perez has filed a "Motion for Default Judgment" (Doc. 73), in which he seeks a default judgment against a Detective Love of the Treutlen County Sheriff's Department, District Attorney Craig Fraser of Dublin, Georgia, and Lt. Chris Brewer at the Treutlen County Jail. These individuals are not parties to this case, which involves claims arising from Plaintiff's incarceration in Baldwin State Prison. Treutlen County and Dublin, Georgia are located within the Southern District of Georgia, and any claims against them appear to be connected to an unrelated case in another district. Accordingly, the motion is **DENIED**.

**SO ORDERED**, this 25th day of July, 2024.

        s/ Charles H. Weigle
        Charles H. Weigle
        United States Magistrate Judge