IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RAMON PEREZ,                                              *

                        Plaintiff,                       *

            v.                                           *      Case No.  5:22-CV-364 (MTT)

                                                         *
Lieutenant FOSTER,
                                                         *

                        Defendant.                       *

_____                          *

## J U D G M E N T

Pursuant to this Court's Order's dated September 16, 2024 and September 17, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff is awarded compensatory damages in the amount of One Thousand Dollars ($1,000.00).

This 17th day of September, 2024.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk